Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**James' Triple Play, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Gino's East of Lake Zurich** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**35-2209963** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**561 W. Route 22**<br>**Lake Zurich, IL**<br><br>ZIP Code **60047** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**                                                                                              **FORM B1, Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **James' Triple Play, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <br>    _____<br>    (Name of landlord that obtained judgment)<br> |
| <br>    _____<br>    (Address of landlord)<br> |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**James' Triple Play, LLC**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Timothy C. Culbertson**
Signature of Attorney for Debtor(s)

**Timothy C. Culbertson 6229083**
Printed Name of Attorney for Debtor(s)

**Morgan & Bley, Ltd.**
Firm Name

**900 W. Jackson Blvd.**
**Suite 4 East**
**Chicago, IL 60607**

Address

**312.243.0006**
Telephone Number

**May 15, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles G. Narel**
Signature of Authorized Individual

**Charles G. Narel**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**May 15, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **James' Triple Play, LLC**                                                    Case No. _____

Debtor(s)          Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Group Financial**<br>**1400 Gannon Drive**<br>**Hoffman Estates, IL 60195** | **American Group Financial**<br>**1400 Gannon Drive**<br>**Hoffman Estates, IL 60195** | | | **156,252.37** |
| **Anachini**<br>**545 N. Wells**<br>**Chicago, IL 60610** | **Anachini**<br>**545 N. Wells**<br>**Chicago, IL 60610** | **Trade Vendor** | | **8,348.42** |
| **Art of Barter, Inc.**<br>**1000-14 N. Rohlwing Road**<br>**Lombard, IL 60148** | **Art of Barter, Inc.**<br>**1000-14 N. Rohlwing Road**<br>**Lombard, IL 60148** | **Trade Vendor** | | **2,533.61** |
| **Bissell**<br>**985 Graceland Ave.**<br>**Des Plaines, IL 60016** | **Bissell**<br>**985 Graceland Ave.**<br>**Des Plaines, IL 60016** | **Trade Vendor** | | **4,100.00** |
| **Bravo Restaurants**<br>**600 W. Jackson**<br>**Chicago, IL 60661** | **Bravo Restaurants**<br>**600 W. Jackson**<br>**Chicago, IL 60661** | **Licensor** | | **240,514.35** |
| **Coca Cola**<br>**2335 Paysphere Circle**<br>**Chicago, IL 60674** | **Coca Cola**<br>**2335 Paysphere Circle**<br>**Chicago, IL 60674** | **Trade Vendor** | | **3,699.30** |
| **Ecolab**<br>**P.O. Box 70343**<br>**Chicago, IL 60673** | **Ecolab**<br>**P.O. Box 70343**<br>**Chicago, IL 60673** | | | **3,678.68** |
| **Gignillet & Hymen**<br>**500 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Gignillet & Hymen**<br>**500 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Attorney fees** | | **6,368.75** |
| **Heritage Wine**<br>**6600 W. Howard**<br>**Niles, IL 60714** | **Heritage Wine**<br>**6600 W. Howard**<br>**Niles, IL 60714** | **Trade Vendor** | | **2,711.00** |
| **IL Liquor Control Commission**<br>**100 W. Randoplh**<br>**Level 9**<br>**Chicago, IL 60601** | **IL Liquor Control Commission**<br>**100 W. Randoplh**<br>**Level 9**<br>**Chicago, IL 60601** | **Retailer's Occupational Tax** | | **65,011.41** |
| **Judge & Dolph**<br>**P.O. Box 809180**<br>**Chicago, IL 60680** | **Judge & Dolph**<br>**P.O. Box 809180**<br>**Chicago, IL 60680** | **Trade Vendor** | | **2,163.82** |

In re   **James' Triple Play, LLC**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Lee's Farm Fresh Produce**<br>**556 Peregrine Dr.**<br>**Palatine, IL 60067** | **Lee's Farm Fresh Produce**<br>**556 Peregrine Dr.**<br>**Palatine, IL 60067** | **Trade Vendor** | | **6,955.64** |
| **Linda Lee Enterprises**<br>**105 Schelter Road**<br>**Lincolnshire, IL 60069** | **Linda Lee Enterprises**<br>**105 Schelter Road**<br>**Lincolnshire, IL 60069** | | | **3,196.80** |
| **Northeast IL Heating**<br>**236 N. Genessee**<br>**Wadsworth, IL 60083** | **Northeast IL Heating**<br>**236 N. Genessee**<br>**Wadsworth, IL 60083** | | | **14,580.99** |
| **People's Energy**<br>**231305 Momentum Place**<br>**Chicago, IL 60689** | **People's Energy**<br>**231305 Momentum Place**<br>**Chicago, IL 60689** | **Utility Service** | | **9,543.21** |
| **RH Donnelley**<br>**P.O. Box 807008**<br>**Kansas City, MO 64180** | **RH Donnelley**<br>**P.O. Box 807008**<br>**Kansas City, MO 64180** | | | **4,559.76** |
| **Swanel Beverage**<br>**P.O. Box 1186**<br>**Hammond, IN 46325** | **Swanel Beverage**<br>**P.O. Box 1186**<br>**Hammond, IN 46325** | **Trade Vendor** | | **2,390.30** |
| **TPC**<br>**8001 TPC Road**<br>**Rock Island, IL 61204** | **TPC**<br>**8001 TPC Road**<br>**Rock Island, IL 61204** | | | **2,390.30** |
| **Veolla Waste Service**<br>**4612 W. Lake St.**<br>**Melrose Park, IL 60160** | **Veolla Waste Service**<br>**4612 W. Lake St.**<br>**Melrose Park, IL 60160** | **Trade Vendor** | | **3,654.69** |
| **Village of Lake Zurich**<br>**70 E. Main Street**<br>**Lake Zurich, IL 60047** | **Village of Lake Zurich**<br>**70 E. Main Street**<br>**Lake Zurich, IL 60047** | | | **3,381.74** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 15, 2007**                              Signature   **/s/ Charles G. Narel**
                                                                **Charles G. Narel**
                                                                **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James' Triple Play, LLC**                                          Case No. _____

_____,

Debtor

Chapter_____**11**_____

# Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **ADT Security**<br>P.O. Box 371967<br>Pittsburgh, PA 15250 | **Unsecured claims** | 66.00 |
| 2. **American Group Financial**<br>1400 Gannon Drive<br>Hoffman Estates, IL 60195 | **Unsecured claims** | 156,252.37 |
| 3. **American Group Financial**<br>1400 Gannon Drive<br>Hoffman Estates, IL 60195 | **Secured claims** | 93,193.67 |
| 4. **Anachini**<br>545 N. Wells<br>Chicago, IL 60610 | **Unsecured claims** | 8,348.42 |
| 5. **Art of Barter, Inc.**<br>1000-14 N. Rohlwing Road<br>Lombard, IL 60148 | **Unsecured claims** | 2,533.61 |
| 6. **AT&T**<br>P.O. Box 8100<br>Aurora, IL 60507 | **Unsecured claims** | 1,337.54 |
| 7. **Bissell**<br>985 Graceland Ave.<br>Des Plaines, IL 60016 | **Unsecured claims** | 4,100.00 |
| 8. **BMI**<br>P.O. Box 406741<br>Atlanta, GA 30384 | **Unsecured claims** | 258.78 |
| 9. **Bravo Restaurants**<br>600 W. Jackson<br>Chicago, IL 60661 | **Unsecured claims** | 240,514.35 |
| 10. **Chicagoland Water**<br>P.O. Box 562<br>Morton Grove, IL 60053 | **Unsecured claims** | 2,000.00 |
| 11. **Coca Cola**<br>2335 Paysphere Circle<br>Chicago, IL 60674 | **Unsecured claims** | 3,699.30 |
| 12. **D'Amato Baking**<br>1332 W. Grand<br>Chicago, IL 60622 | **Unsecured claims** | 1,525.50 |

In re   **James' Triple Play, LLC** _____ ,   Case No. _____

Debtor

# Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 13. **Direct TV**<br>**P.O. Box**<br>**Miami, FL 33152** | **Unsecured claims** | **114.26** |
| 14. **Don Hertel Plumbing**<br>**24025 W. Chardon Rd.**<br>**Grayslake, IL 60030** | **Unsecured claims** | **800.00** |
| 15. **Ecolab**<br>**P.O. Box 70343**<br>**Chicago, IL 60673** | **Unsecured claims** | **3,678.68** |
| 16. **Fox Valley Fire**<br>**2730 Pinnacle Dr.**<br>**Elgin, IL 60124** | **Unsecured claims** | **1,250.77** |
| 17. **Gignillet & Hymen**<br>**500 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Unsecured claims** | **6,368.75** |
| 18. **Heritage Wine**<br>**6600 W. Howard**<br>**Niles, IL 60714** | **Unsecured claims** | **2,711.00** |
| 19. **Hospitality Solutions Intl.**<br>**9977 N. 90th Street**<br>**Scottsdale, AZ 85258** | **Unsecured claims** | **1,055.25** |
| 20. **IL Liquor Control Commission**<br>**100 W. Randoplh**<br>**Level 9**<br>**Chicago, IL 60601** | **Priority claims** | **65,011.41** |
| 21. **Illinois Dept. Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** | **Priority claims** | **Unknown** |
| 22. **IMS**<br>**7449 N. Natchez**<br>**Niles, IL 60714** | **Unsecured claims** | **1,079.33** |
| 23. **Johnson Water**<br>**220 W. St. Charles**<br>**Villa Park, IL 60181** | **Unsecured claims** | **1,079.33** |
| 24. **Judge & Dolph**<br>**P.O. Box 809180**<br>**Chicago, IL 60680** | **Unsecured claims** | **2,163.82** |

In re    **James' Triple Play, LLC**                                    , Case No. _____
Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **25. Keith Biegelmann**<br>**240 E. Lake Street**<br>**Addison, IL 60101** | **Unsecured claims** | **505.00** |
| **26. Lee's Farm Fresh Produce**<br>**556 Peregrine Dr.**<br>**Palatine, IL 60067** | **Unsecured claims** | **6,955.64** |
| **27. Linda Lee Enterprises**<br>**105 Schelter Road**<br>**Lincolnshire, IL 60069** | **Unsecured claims** | **3,196.80** |
| **28. Mahoney Environmental**<br>**37458 Eagle Way**<br>**Chicago, IL 60678** | **Unsecured claims** | **383.45** |
| **29. Michael Edmond**<br>**621 Regency Drive**<br>**Lake Zurich, IL 60047** | **Unsecured claims** | **620.00** |
| **30. NIche Marketing**<br>**4216 W. 87th Street**<br>**Chicago, IL 60652** | **Unsecured claims** | **7.08** |
| **31. Nicor Gas**<br>**P.O. Box 632**<br>**Aurora, IL 60507** | **Unsecured claims** | **834.59** |
| **32. Northeast IL Heating**<br>**236 N. Genessee**<br>**Wadsworth, IL 60083** | **Unsecured claims** | **14,580.99** |
| **33. People's Energy**<br>**231305 Momentum Place**<br>**Chicago, IL 60689** | **Unsecured claims** | **9,543.21** |
| **34. Premium Waters**<br>**9016 58th Place**<br>**Kenosha, WI 53144** | **Unsecured claims** | **120.00** |
| **35. RH Donnelley**<br>**P.O. Box 807008**<br>**Kansas City, MO 64180** | **Unsecured claims** | **4,559.76** |
| **36. Shangri-La Tea Service**<br>**2653 W. 75th Street**<br>**Woodridge, IL 60517** | **Unsecured claims** | **502.20** |
| **37. Southern Wine & Spirits**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674** | **Unsecured claims** | **1,592.60** |

In re    **James' Triple Play, LLC**                                        ,    Case No. _____

                                              Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 38. **SuperClean**<br>**4290 W. Kirchoff**<br>**Rolling Meadows, IL 60008** | **Unsecured claims** | **738.16** |
| 39. **Supreme Lobster**<br>**220 E. North Ave.**<br>**Villa Park, IL 60181** | **Unsecured claims** | **861.03** |
| 40. **Swanel Beverage**<br>**P.O. Box 1186**<br>**Hammond, IN 46325** | **Unsecured claims** | **2,390.30** |
| 41. **TPC**<br>**8001 TPC Road**<br>**Rock Island, IL 61204** | **Unsecured claims** | **2,390.30** |
| 42. **Tritz**<br>**P.O. Box 754**<br>**Grayslake, IL 60030** | **Unsecured claims** | **30.00** |
| 43. **Veolla Waste Service**<br>**4612 W. Lake St.**<br>**Melrose Park, IL 60160** | **Unsecured claims** | **3,654.69** |
| 44. **Village of Lake Zurich**<br>**70 E. Main Street**<br>**Lake Zurich, IL 60047** | **Unsecured claims** | **3,381.74** |
| 45. **Worry Free Salt Service**<br>**P.O. Box 7046**<br>**Wood Dale, IL 60191** | **Unsecured claims** | **285.08** |

## DECLARATION

I, Charles G. Narel, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date___**May 15, 2007**_____            Signature _**/s/ Charles G. Narel**_____

                                                              **Charles G. Narel**
                                                              **Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.